# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number**  2022-1258, 2022-1307

**Short Case Caption**  Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc.

**Filing Party/Entity**  Mylan Laboratories Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/11/2022

Signature:  /s/ Deepro R. Mukerjee

Name:  Deepro R. Mukerjee

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Mylan Laboratories Ltd. | | Mylan, Inc.; Viatris, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Arnold B. Calmann (Saiber LLC) | Guylaine Haché, Ph.D.<br>(Katten Muchin Rosnman LLP) | |
| Jeffrey Soos (Saiber LLC) | Alissa Pacchioli<br>(Katten Muchin Rosnman LLP) | |
| Katherine A. Escanlar (Saiber LLC) | | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Mylan Laboratories Ltd. v. Janssen Pharmaceutica, N.V., S. Ct. No. 21-202 | | |
| Janssen Pharmaceuticals, Inc., v. Pharmascience Inc., 2:19-cv-21590 (D.N.J.) | | |
| Janssen Pharmaceuticals, Inc. v. Tolmar, Inc., 1:21-cv-1784 (D. Del.) | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the forgoing document to be filed on January 11, 2022, with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system, which will send a notice of electronic filing to all attorneys appearing in this matter.

/s/ Deepro R. Mukerjee