| FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32 |
|---|---:|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1258, -1307 (consolidated)

**Short Case Caption:** Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc.

| **Party Name(s)** | Teva Pharmaceuticals USA, Inc. |
|---|---|
| **Name of Arguing Counsel** | John C. O'Quinn |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | 22-1728 AutoStore Technology AS v. ITC;<br>22-1465 Arbor Global Strategies, LLC v. Samsung Electronics Co., Ltd. |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/13/2023    Signature: /s/ John C. O'Quinn

                    Name:      John C. O'Quinn