

www.pbwt.com

June 2, 2023

Barbara L. Mullin
(212) 336-2710
bmullin@pbwt.com

The Honorable Jarrett B. Perlow
Acting Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Re: *Janssen Pharmaceuticals, Inc. v. Teva Pharmaceuticals USA, Inc.,* Nos. 2022-1258

Dear Mr. Perlow:

I am the principal attorney for the appellees in the above-captioned appeal and I will be arguing the appeal on their behalf.  I write pursuant to Federal Circuit Rule 34(d) to ask the Court to consider additional information in connection with scheduling oral argument.

After the initial scheduling conflict submission to this Court, I scheduled my wedding for August 12, 2023, with a rehearsal dinner on August 11, 2023.  This timing does not present an actual conflict, appellees do not want to delay hearing of this matter, and I will be prepared to argue any day that this case is scheduled for argument.  Nonetheless, if the case will be scheduled for oral argument in August and there is any flexibility in scheduling, I respectfully request that oral argument not be scheduled on August 11.

I appreciate the Court's consideration in this matter.

Respectfully,

*/s/ Barbara L. Mullin*

Barbara L. Mullin

cc:   All counsel of record via the CMF/ECF system

## CERTIFICATE OF SERVICE

On June 2, 2023, the foregoing document was submitted to the Court through the CM/ECF system.  All parties in this case are represented by registered CMF/ECF users and will be served by the CM/ECF system.

*/s/ Barbara L. Mullin*
Barbara L. Mullin

14269298v.1